**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 5, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-01012-CV

---

### IN THE INTEREST OF M.D.I, A CHILD

---

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. 11-11-21160**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order terminating parental rights signed December 4, 2014. On January 29, 2015, appellant J.F. filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. According to the motion, the trial court granted a new trial by order signed January 29, 2015. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.